UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

            - against-

RANDY CROWELL,

            Defendant.
-------------------------------------------------x

**SCHEDULING ORDER**

15 Cr. 840 (ER)

Ramos, D.J.:

A status conference in connection with the Writ of Garnishment will be held on **November 1, 2024, at 11:30 a.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619.

SO ORDERED.

Dated: New York, New York
October 10, 2024

Edgardo Ramos, U.S.D.J.